UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN McGAHAN,<br><br>             Plaintiff,<br><br>vs.<br><br>VPA, INC.,<br><br>             Defendant. | Case No. C 06-03989 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE RELIEF FROM SCHEDULED TRIAL AND PRETRIAL DEADLINES<br><br>Trial Date:   March 10, 2008<br>Complaint filed:  June 27, 2006 |

Plaintiff Ellen McGahan and defendant VPA, INC.'s (together the "parties") Joint Motion for Administrative Relief from scheduled trial and pretrial deadlines is hereby GRANTED.

1. The March 10, 2008, trial date is hereby vacated and continued to ~~July 7, 2008.~~ July 21, 2008

2. The pretrial conference scheduled for February 4, 2008, is hereby vacated and continued to __June 30__, 2008. at 2:00 p.m.

3. The November 16, 2007, hearing date for dispositive motions is hereby vacated and continued to March 28, 2008. at 9:00 a.m.

Dated: October 10, 2007

_/s/ Jeffrey S. White_
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE

Pepsi\McGa\Pldg\prop order re cont-trial.doc

[~~PROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE RELIEVE FROM SCHEDULED TRIAL AND PRETRIAL DEADLINES
Case No. C 06-03989 JSW

1