UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN McGAHAN,<br><br>       Plaintiff,<br><br>vs.<br><br>VPA, INC.,<br><br>       Defendant. | Case No. C 06-03989 JSW<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE RELIEF FROM SCHEDULED TRIAL AND PRETRIAL DEADLINES<br><br>Trial Date:  July 21, 2008<br>Complaint filed:  June 27, 2006 |

    Plaintiff Ellen McGahan and defendant VPA, INC.'s (together the "parties") Joint Motion for Administrative Relief from scheduled trial and pretrial deadlines is hereby GRANTED.

    1.    The July 21, 2008, trial date is hereby vacated and continued to November 24, 2008.

    2.    The pretrial conference scheduled for June 30, 2008, is hereby vacated and continued to __November 3__, 2008.

    3.    The March 28, 2008 hearing date for dispositive motions is hereby vacated and continued to June 20, 2008.

Dated: __February 7, 2008__

UNITED STATE DISTRICT JUDGE
JEFFREY S. WHITE

Pepsi\McGa\Pldg\prop order re cont-trial.doc

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE RELIEVE FROM SCHEDULED TRIAL AND PRETRIAL DEADLINES
Case No. C 06-03989 JSW

1