UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN McGAHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>VPA, INC.,<br><br>    Defendant. | Case No. C 06-03989 JSW<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE RELIEF FROM SCHEDULED TRIAL AND PRETRIAL DEADLINES<br><br>Trial Date: November 24, 2008<br>Complaint filed: June 27, 2006 |

Plaintiff Ellen McGahan and defendant VPA, INC.'s (together the "parties") Joint Motion for Administrative Relief from scheduled trial and pretrial deadlines is hereby GRANTED.

1. The November 24, 2008, trial date is hereby vacated and continued to December 15, 2008.

2. The pretrial conference scheduled for November 3, 2008, is hereby vacated and continued to  November 24 , 2008.

3. The June 20, 2008 hearing date for dispositive motions is hereby vacated and continued to ~~August 15, 2008~~. August 22, 2008 at 9:00 a.m.

Dated: May 16, 2008

_____
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE

Pepsi\McGa\Pldg\prop order re cont-trial.doc

1

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE RELIEF FROM SCHEDULED TRIAL AND PRETRIAL DEADLINES
Case No. C 06-03989 JSW