UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN McGAHAN,<br><br>  Plaintiff,<br><br>vs.<br><br>VPA, INC.,<br><br>  Defendant. | Case No. C 06-03989 JSW<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE RELIEF FROM SCHEDULED TRIAL AND PRETRIAL DEADLINES<br><br>Trial Date:   November 24, 2008<br>Complaint filed:  June 27, 2006 |

Plaintiff Ellen McGahan and defendant VPA, INC.'s (together the "parties") Joint Motion for Administrative Relief from scheduled trial and pretrial deadlines is hereby GRANTED.

1   The August 22, 2008 hearing date for dispositive motions is hereby vacated and continued to ~~September ____, 2008.~~ October 17, 2008 at 9:00 a.m.  The pretrial and trial dates are HEREBY VACATED and ~~shall~~ be reset if necessary.

Dated: __July 17, 2008_____       _____/s/ Jeffrey S. White_____
                                       UNITED STATES DISTRICT JUDGE
                                       JEFFREY S. WHITE

Pepsi\McGa\Pldg\prop order re cont-trial #4.doc

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE RELIEF FROM SCHEDULED TRIAL AND PRETRIAL DEADLINES
Case No. C 06-03989 JSW

1